PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
psp@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4240 W. Flamingo Rd., Suite 220
Las Vegas, Nevada 89103
Telephone: 702.366.1888
Facsimile: 702.366.1940

KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
JASON HICKS, ESQ.
Nevada Bar No. 13149
jh@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
400 S. 4th St., Suite 500
Las Vegas, Nevada 89101
Telephone: 702.793.4202
Facsimile: 702.793.4001

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS KIM,<br><br>  Plaintiff;<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | CASE NO.:  2:16-cv-00778-APG-CWH<br><br>**STIPULATION AND<br>ORDER FOR EXTENSION OF TIME TO<br>RESPOND TO DEFENDANT'S MOTION<br>TO DISMISS** |

Pursuant to the Local Rules of Civil Practice, the parties stipulate to provide Plaintiff an additional thirty (30) days, up to and including September 14, 2016, to respond to Defendant's motion to dismiss (ECF No. 10). In support of this stipulation, the parties rely upon the following:

1. Plaintiff's response to the pending motion to dismiss was originally due on August 15, 2016.[1]

2. Due to other case commitments, travel, and scheduling issues, counsel for Plaintiff have not had sufficient time to oppose the United States' motion.

3. Prior to the due date, Plaintiff sought a thirty day extension, which the government does

---

[1] The August 13, 2016, due date generated by CM/ECF fell on a Saturday.

not oppose.

4. In light of the foregoing, the parties agree that Plaintiff shall have an additional thirty (30) days, up to and including September 14, 2016, to file his opposing to the pending motion to dismiss.

5. This stipulation is entered into in good faith and not for purposes of delay.

Dated this 15th day of August 2016.

| | |
|---|---|
| /s/ Paul S. Padda | /s/ Katherine Foss |
| PAUL S. PADDA, ESQ. | KATHERINE FOSS, ESQ. |
| PAUL PADDA LAW, PLLC | COLE HERNANDEZ, ESQ. |
| 4240 W. Flamingo Rd., Suite 220 | United States Attorney's Office |
| Las Vegas, NV 89103 | District of Arizona |
| | 405 W. Congress St., Suite 4800 |
| KATHLEEN BLISS, ESQ. | Tucson, AZ 85701 |
| JASON HICKS, ESQ. | |
| KATHLEEN BLISS LAW PLLC | Attorneys for Defendant |
| 400 S. 4th St., Suite 500 | |
| Las Vegas, NV 89101 | |
| | |
| Attorneys for Plaintiff | |

**ORDER**

Based upon the stipulation of the parties, and good cause appearing, it is hereby ORDERED that the stipulation for an extension of time is approved. Plaintiff shall file his opposition to Defendant's motion to dismiss on or before September 14, 2016.

Dated:  August 15, 2016.

_____
UNITED STATES DISTRICT JUDGE