Paul S. Padda, Esq. (NV Bar #10417)
Email: psp@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940
Web: paulpaddalaw.com

Kathleen Bliss, Esq. (NV Bar #7606)
Email: kb@kathleenblisslaw.com
Jason K. Hicks, Esq. (NV Bar #13149)
Email: jh@kathleenblisslaw.com
KATHLEEN BLISS LAW GROUP, PLLC
400 South 4th Street, Suite 500
Las Vegas, Nevada 89101
Tele: (702) 793-4000
Fax: (702) 793-4001
Web: kathleenblisslaw.com

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS KIM,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA<br><br>          Defendant. | Case No. 2:16-cv-0778-APG-CWH<br><br>ORDER |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

(Second Request)

Pursuant to Federal Rule of Civil Procedure ("FRCP") 6(b)(1)(A), Plaintiff respectfully requests that the Court extend by 16-days, or until September 30, 2016, the time within which

00009866.WPD;1; PP

Plaintiff must respond to Defendant's pending motion to dismiss.[1] Plaintiff's response is due today, September 14, 2016. This is Plaintiff's second request for an extension of time for the purpose set forth herein.

In support of this motion, Plaintiff relies upon the memorandum of points and authorities set forth below.

## MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Civil Procedure 6(b)(1)(A) permits a party to extend a deadline prior to its expiration upon a showing of "good cause." The standard to be applied by a court under FRCP 6(b)(1) is a liberal one in order to "effectuate the general purpose of seeing that cases are tried on the merits." Ahanchian v. Xenon Pictures, Inc., 624 F.3d 1253, 1258-59 (9th Cir. 2010). "Good cause is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." Id at 1259.

Here, undersigned counsel's work schedule requires a short extension of time to file a response to the pending dispositive motion. Although undersigned counsel has been working to complete a response, and has nearly done so, an additional sixteen days will permit him sufficient time to complete, review and file an appropriate response to the pending dispositive motion while at the same time balancing other case commitments. With respect to competing case commitments, undersigned counsel is expected to file a civil complaint with this Court tomorrow in an employment matter and, for the past two weeks, has been exceedingly busy meeting discovery deadlines in another significant matter pending in state court. During this same period, undersigned counsel's co-counsel, Kathleen Bliss, Esq., was very busy defending a *qui tam* in another federal judicial district which required devotion of significant time and out-of-town travel. In light of the foregoing, sixteen additional days will provide counsel for Plaintiff

---

[1] Pacer #10.

sufficient time to complete the response to Defendant's pending dispositive motion.

## CONCLUSION

Based upon the foregoing, undersigned counsel respectfully requests to and until September 30, 2016 (Friday) to file response to the pending dispositive motion.

Respectfully submitted,

/s/ Paul S. Padda
_____
Paul S. Padda, Esq.

Attorney for Plaintiff

Dated: September 14, 2016

**IT IS SO ORDERED:**

**Plaintiff's motion for a 16-day extension of time to respond to Defendant's dispositive motion (Pacer #10) is hereby granted.  Plaintiff's response shall be due on or before September 30, 2016.**

_____
UNITED STATES DISTRICT JUDGE
Dated:  September 15, 2016.

CERTIFICATE OF SERVICE

In compliance with the Court's Local Rules, the undersigned hereby certifies that on September 14, 2016, a copy of the foregoing document, "PLAINTIFF'S MOTION FOR EXTENSION OF TIME" was served (via the Court's CM/ECF system) upon all counsel of record.

/s/ Paul S. Padda
_____
Paul S. Padda, Esq.