JOHN S. LEONARDO
United States Attorney
District of Arizona
KATHERINE V. FOSS
Assistant U.S. Attorney
Arizona State Bar No. 029124
J. COLE HERNANDEZ
Assistant US Attorney
Arizona State Bar No. 018802
405 W. Congress Street, Suite 4800
Tucson, Arizona  85701-5040
Telephone:  (520) 620-7300
Fax: (520) 620-7138
E-mail: Katherine.foss@usdoj.gov
          cole.hernandez@usdoj.gov
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Thomas Kim,<br><br>    Plaintiff,<br><br>  v.<br><br>United States of America,<br><br>    Defendant. | **2:16-cv-00778-APG-CWH**<br><br>**MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**<br>**(First Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant respectfully requests that the Court extend by 30 days the time within which Defendant must reply to Plaintiff's response to Defendant's Motion to Dismiss.  This is Defendant's first request for additional time to reply.

In support of this motion, Defendant relies upon the following:

1. Federal Rule of Civil Procedure 6(b)(1)(A) permits a party to extend a deadline prior to its expiration upon a showing of "good cause".

2. Plaintiff's response to the pending motion to dismiss was filed on October 18, 2016, making the reply due on October 25, 2016.

3. Due to other case commitments, travel, and scheduling issues, counsel for Defendant will not have sufficient time to adequately reply to Plaintiff's response.

4. Counsel for Plaintiff does not oppose this extension of time.

5. This extension is requested in good faith and not for purposes of delay.

Respectfully submitted this 25th day of October, 2016.

                        JOHN S. LEONARDO
                        United States Attorney
                        District of Arizona

*s/ Katherine V. Foss*
KATHERINE V. FOSS
J. COLE HERNANDEZ
Special Attorneys to the Attorney General

**IT IS SO ORDERED:**

**Defendant's motion for extension of time to reply to Plaintiff's Opposition to Defendant's Motion to Dismiss (Doc. 22) is hereby granted. Defendant's reply shall be due on or before November 24, 2016.**

                        _____
                        UNITED STATES DISTRICT JUDGE
                        Dated: October 26, 2016.