JOHN S. LEONARDO
United States Attorney
District of Arizona
KATHERINE V. FOSS
Assistant U.S. Attorney
Arizona State Bar No. 029124
J. COLE HERNANDEZ
Assistant US Attorney
Arizona State Bar No. 018802
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Fax: (520) 620-7138
E-mail: Katherine.foss@usdoj.gov
         cole.hernandez@usdoj.gov
Attorneys for Defendant United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Thomas Kim,<br><br>      Plaintiff,<br><br>v.<br><br>United States of America,<br><br>      Defendant. | Case No. 2:16-cv-778-APG-CWH<br><br>**MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**<br>**(Second Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant respectfully requests that the Court extend by 14 days the time within which Defendant must reply to Plaintiff's response to Defendant's Motion to Dismiss. This is Defendant's second request for additional time to reply.

In support of this motion, Defendant relies upon the following:

1. Federal Rule of Civil Procedure 6(b)(1)(A) permits a party to extend a deadline prior to its expiration upon a showing of "good cause".

2. Plaintiff's response to the pending motion to dismiss was filed on October 18, 2016, making the reply due on October 25, 2016. The Court granted Defendant's Motion for Extension of Time to Reply (Doc. 24), extending the deadline until November 24, 2016.

3. Due to preparation for an upcoming trial, other case commitments, and other required travel and absences from the office, counsel for Defendant will not have sufficient time to reply to Plaintiff's response.

4. Counsel for Plaintiff agrees to this extension of time.

5. This extension is requested in good faith and not for purposes of delay.

Respectfully submitted this 23rd day of November, 2016.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/ Katherine V. Foss*
KATHERINE V. FOSS
J. COLE HERNANDEZ
Special Attorneys to the Attorney General

**IT IS SO ORDERED:**

**Defendant's motion for extension of time to reply to Plaintiff's Opposition to Defendant's Motion to Dismiss (Doc. 22) is hereby granted. Defendant's reply shall be due on or before December 8, 2016.**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 28, 2016.