JEFFERSON B. SESSIONS III
United States Attorney General
District of Arizona
KATHERINE V. FOSS
Assistant U.S. Attorney
Arizona State Bar No. 029124
J. COLE HERNANDEZ
Assistant US Attorney
Arizona State Bar No. 018802
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Fax: (520) 620-7138
E-mail: Katherine.foss@usdoj.gov
cole.hernandez@usdoj.gov
Attorneys for Defendant United States

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Kim,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | **Case No. 2:16-cv-00778-APG-CWH**<br><br>**DEFENDANT'S FIRST MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' AMENDED COMPLAINT** |
| CHANG AHN, *et al.,*<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | **Case No. 2:17-cv-00133-APG-CWH** |

Defendant respectfully requests that the Court extend by 30 days the time for Defendant to Answer Plaintiffs' Amended Complaint, which was filed on September 11, 2017. This is Defendant's first request for additional time to answer the Amended Complaint. With the extension, the answer will be due on October 25, 2017.

Plaintiffs' Amended Complaint raises new allegations and duties of care, as well as

identifying different agencies and employees who were purportedly negligent. This extension will allow Defendant to coordinate with the Department of Justice as to the discretionary function exception to the Federal Tort Claims Act. In addition, Defendant's counsel has upcoming work travel scheduled as well as a number of upcoming dispositive motion deadlines. This extension is not sought for the purposes of delay. Defendant has communicated with Plaintiffs' counsel, and said counsel has no objections to this extension of time. A proposed Order is attached herewith.

Respectfully submitted this 18th day of September, 2017.

JEFFERSON B. SESSIONS III
United States Attorney General
District of Arizona

*s/ Katherine V. Foss*
KATHERINE V. FOSS
J. COLE HERNANDEZ
Special Attorneys to the Attorney General

**IT IS SO ORDERED:**

**Defendant's Motion for Extension of Time to Answer Plaintiff's Amended Complaint (Doc. 49) is hereby granted. Defendant's answer shall be due on or before October 25, 2017.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9/19/17

# CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Paul S. Padda, Esq.
PAUL PADDA LAW, PLLC
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103

Kathleen Bliss, Esq.
Jason K. Hicks, Esq.
KATHLEEN BLISS LAW GROUP, PLLC
400 South 4th Street, Suite 500
Las Vegas, Nevada 89101

*s/ Pamela Vavra*
Motion for Extension of Time to
Answer Plaintiffs' Amended Complaint