1  JEFFERSON B. SESSIONS III
   United States Attorney General
2
   ELIZABETH A. STRANGE
3  Acting United States Attorney
   District of Arizona
4  KATHERINE V. FOSS
   Assistant U.S. Attorney
5  Arizona State Bar No. 029124
   J. COLE HERNANDEZ
6  Assistant US Attorney
   Arizona State Bar No. 018802
7  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701-5040
8  Telephone: (520) 620-7300
   Fax: (520) 620-7138
9  E-mail: Katherine.foss@usdoj.gov
           cole.hernandez@usdoj.gov
10 Attorneys for Defendant United States

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Kim, | Case No. 2:16-cv-00778-APG-CWH |
| Plaintiff, | **DEFENDANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT** |
| v. | |
| United States of America, | |
| Defendant. | |
| CHANG AHN, *et al.,* | Case No. 2:17-cv-00133-APG-CWH |
| Plaintiff, | |
| v. | |
| United States of America, | |
| Defendant. | |

Defendant, by and through undersigned counsel, respectfully requests that the Court extend by seven (7) days the time for Defendant to file its Reply to Plaintiffs' Response to Defendant's Motion to Dismiss Amended Complaint. Defendant's Reply is due on November 15, 2017. The extension is necessary because in the past week, counsel was out of the office for two days and will

be out of the office again on November 15, 2017, for a medical procedure.  This is Defendant's first request for additional time to file its Reply.  With the extension, Defendant's Reply will be due on November 22, 2017.

Defendant has communicated with Plaintiffs' counsel and said counsel has no objection to the extension of time.  A proposed Order is attached herewith.

Respectfully submitted this 13th day of November, 2017.

          JEFFERSON B. SESSIONS III
          United States Attorney General
          District of Arizona

          *s/ J. Cole Hernandez*
          J. COLE HERNANDEZ
          KATHERINE V. FOSS
          Special Attorneys to the Attorney General

**IT IS SO ORDERED:**

**Defendant's First Motion for Extension of Time to File its Reply to Plaintiffs' Response to Defendant's Motion to Dismiss Amended Complaint is hereby granted.  Defendant's Reply shall be due on or before November 22, 2017.**

          UNITED STATES DISTRICT JUDGE
          Dated: November 14, 2017.