1  JEFFERSON B. SESSIONS III
   United States Attorney General
2
   ELIZABETH A. STRANGE
3  First Assistant United States Attorney
   District of Arizona
4
   J. COLE HERNANDEZ
5  Special Attorney to the Attorney General
   Arizona State Bar No. 018802
6  DENNIS C. BASTRON
   Special Attorney to the Attorney General
7  Arizona State Bar No. 027294
   405 W. Congress Street, Suite 4800
8  Tucson, Arizona 85701-5040
   Telephone: (520) 620-7300
9  Fax: (520) 620-7138
   E-mail: Cole.Hernandez@usdoj.gov
10         Dennis.Bastron@usdoj.gov

11 Attorneys for the Defendant United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Thomas Kim, | **Case No. 2:16-cv-00778-APG-CWH** |
| Plaintiff, | **MOTION TO SUBSTITUTE ATTORNEY FOR DEFENDANT UNITED STATES OF AMERICA** |
| v. | |
| United States of America, | |
| Defendant. | |
| CHANG AHN, *et al.*, | **Case No. 2:17-cv-00133-RFB-CWH** |
| Plaintiffs, | |
| v. | |
| United States of America, | |
| Defendant. | |

Defendant United States, under LR IA 11-3 and LR IA 11-6, respectfully requests that Special Attorney Dennis C. Bastron be substituted for Katherine V. Foss as an attorney of record in this case. J. Cole Hernandez will remain an attorney of record.

The United States Department of Justice appointed Dennis C. Bastron to serve as Special Attorney in this case on November 6, 2017, *see* Doc. 57-1 at 2-3, to take the place of Katherine V. Foss. He is permitted to practice before this Court because this motion is brought "by the employing federal entity." LR IA 11-3; *see also* LR IA 11-6(c) (requiring approval from the client). The substitution of Dennis C. Bastron for Katherine V. Foss will not delay pretrial proceedings, trial, or hearings. *See* LR IA 11-6(c). Thus, this Court should allow Dennis C. Bastron to be substituted in Katherine V. Foss's place and terminate Katherine V. Foss as an attorney of record.

Respectfully submitted on November 30, 2017.

JEFFERSON B. SESSIONS III
United States Attorney General

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/ Dennis C. Bastron*
J. COLE HERNANDEZ
DENNIS C. BASTRON
Special Attorneys to the Attorney General

## **ORDER**

The United States' motion to substitute is granted. The Clerk, as authorized by LR 77-1(b)(5), shall enter an order under LR IA 11-6 substituting Dennis C. Bastron for Katherine V. Foss as an attorney of record in this case.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12/1/17

## CERTIFICATE OF SERVICE

In compliance with the Court's Local Rules, the undersigned hereby certifies that on November 30, 2017, a copy of the foregoing document, "MOTION TO SUBSTITUTE ATTORNEY FOR DEFENDANT UNITED STATES OF AMERICA," was served via the Court's CM/ECF system upon counsel of record for Plaintiffs.

*s/ Mary M. Parker*
Mary M. Parker, Legal Assistant